Nov. Term,
1860.

HUNTSMAN *v.* THE CITY OF LA PORTE and Another.

FREDERICK
v.
DEVOL.

APPEAL from the *La Porte* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, on
the authority of *The Town of Williamsport* v. *Kent*, 14
Ind. 306.

Friday,
December 14.

The judgment is reversed, with costs. Cause remanded, &c.

*J. B. Niles*, for appellant.

*J. Bradley* and *D. J. Woodward*, for appellees.